# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**THEODORE ROBERT WRIGHT (1)** | §§§§§§§§§§ | **CASE NO. 6:17-CR-40(1)** |

# ORDER

This case is set for final pretrial on August 3, 2017, and jury selection and trial on August 14, 2017. Defendant Theodore Robert Wright filed a First Unopposed Motion to Continue (Doc #28) on July 13, 2017; and the court, after considering the facts set out in the motion and the papers on file, finds that the motion should be **GRANTED**.

The court, pursuant to 18 U.S.C. § 3161(h)(8), further finds that:

1. The defendant's request is made knowingly, intelligently and voluntarily.

2. This continuance will assure the necessary time for counsel to effectively prepare for trial, taking into account the exercise of due diligence.

3. The ends of justice served by granting defendant's requests outweigh the best interests of the public and the defendants in a speedy trial.

4. Failure to grant a continuance in this case will likely result in a miscarriage of justice.

5. The period of delay due to this motion for continuance is the period from the date of the motion through the date of the new trial setting, and this is excludable time under the Speedy Trial Act.

It is accordingly **ORDERED** that Defendant Theodore Robert Wright is hereby **CONTINUED** and **RESET** for **pretrial hearing** on **October 2, 2017, at 3:00 p.m., with jury selection and trial on October 16, 2017, at 10:00 a.m. Cases for which a jury is selected shall be tried in order after jury selection.**

So **ORDERED** and **SIGNED** this **15** day of **July, 2017.**

_____
Ron Clark, United States District Judge